IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,
)
) 2:09-cv-01202-GEB-GGH
        Plaintiff, )
)  ORDER RE: SETTLEMENT
    v. )  AND DISPOSITION
)
JULIA H. CIANO, individually and )
d/b/a Julia H. Ciano, DC; )
LORI CURRY, individually and d/b/a )
State Farm Insurance; LEON )
WILLIAMS, individually and d/b/a )
William Landmark Real Estate; )
PARKFAIR PROPERTIES, LLC, a )
California Limited Liability )
Company, )
)
        Defendants. )
_____)

       On July 31, 2009, Plaintiff filed a Notice of Settlement in which he states the parties have settled this action, and that a dispositional document will be filed within thirty calendar days. Therefore, a dispositional document shall be filed no later than September 2, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A

1 failure to file dispositional papers on the date prescribed by the
2 Court may be grounds for sanctions.").
3          The status conference scheduled to commence at 9:00 a.m.
4 on September 21, 2009, will remain on calendar in the event that no
5 dispositional document is filed, or if this action is not otherwise
6 dismissed.  Further, a joint status report shall be filed fourteen
7 days prior to the status conference.[1]
8          IT IS SO ORDERED.
9 Dated:  August 31, 2009

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2